ON APPLICATION FOR REHEARING
This case was originally decided on July 13, 1988. On July 15, 1988 the Supreme Court of Alabama decided Ex parte St.Regis Corp., 535 So.2d 160 (Ala. 1988) and held that it was error to award a lump-sum attorney's fee in a total and permanent disability case without reducing the fee award to present value. In its application for rehearing, Lewis G. Reed Sons in part contends this case should be reversed and remanded for recalculation of the attorney's fee and the weekly benefit award in accordance with St. Regis. We agree.
In the case sub judice, the trial court failed to commute the attorney's fee to present value. Because the case was still in the appellate process of this court without a vested judgment at the time St. Regis was decided, we consider it appropriate to apply St. Regis. Genpak Corp. v. Gibson, 534 So.2d 312
(Ala.Civ.App. 1988). Therefore, we grant the application for rehearing and remand the case for determination of the fee and the weekly benefits award in accordance with the guidelines ofSt. Regis. In all other aspects, the application for rehearing is denied.
APPLICATION FOR REHEARING GRANTED IN PART, OVERRULED IN PART, AND CASE REMANDED WITH INSTRUCTIONS.
BRADLEY, P.J., and HOLMES, J., concur.
INGRAM, J., dissents.